## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In Re:                                        :        Case No.: 09-51891 (ahws)
                                              :
Action Motors Corporation                     :        Chapter 11
    Debtor                                    :
                                              :

## MOTION TO SHORTEN NOTICE

The Debtor moves to shorten notice on the Debtor's Notice of Sale of Property of

Estate for the following reasons. The Debtor has lost its lease for its premise and must

vacate. To do so, its equipment must be removed and an auction will greatly facilitate that

process. The auctioneer has already arranged the date of March 23, 2010.


THE DEBTOR,


BY:___/s/ James M. Nugent____
        James M. Nugent ct08822
        Harlow, Adams & Friedman
        300 Bic Drive
        Milford, CT 06460
        Tele No.:  (203) 878-0661
        Fax No. : (203) 878-9568

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Case No.: 09-51891 (ahws) |
| | : | |
| Action Motors Corporation | : | Chapter 11 |
| Debtor | : | |
| | : | |
| Action Motors Corporation | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| General Motors Acceptance Corp. | : | |
| Respondent | : | March 8, 2010 |

## <u>ORDER TO SHORTEN NOTICE</u>

The foregoing Motion to Shorten Notice on Debtor's Notice of Sale of Property of

Estate having been presented to the Court, it is hereby Ordered:

GRANTED   –   DENIED

Dated: _____

BY THE COURT

_____

Alan H.W. Shiff
United Stated Bankruptcy Judge