**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Case No.: 09-51891 (ahws) |
| | : | |
| Action Motors Corporation | : | Chapter 11 |
| Debtor | : | |
| | : | March 8, 2010 |

**NOTICE OF SALE OF PROPERTY OF ESTATE**
**AND OPPORTUNITY FOR OBJECTIONS THERETO**

Notice is hereby given by the Debtor-in-Possession, Action Motors Corp in the above case, that it intends to sell property of the above estate at public auction. The auction will take place on March 23, 2010 at 10:00 a.m. at 74 Newtown Road, Danbury, Connecticut.  The property to be sold consists of automobile lifts, a paint facility, auto parts, tools and supplies and miscellaneous furniture and office supplies.

Further information with reference to the property and the sale may be obtained from the auctioneer, Petrowsky Auctioneers, 275 Route 32, North Franklin, Connecticut 06254, telephone (860)642-4200.

Any person objecting to said sale should notify the Clerk, of the Bankruptcy Court, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 in writing with a copy of the objection to James M. Nugent no later than March 15, 2010.  A hearing on the objections is scheduled for 10:00 a.m. on March 16, 2010 at the Bankruptcy Court, First Floor, U.S. Courthouse, 915 Lafayette Boulevard, Room 123,  Bridgeport, Connecticut 06604.

If no objections to such sale are received by the above date, said sale will be

conducted as set forth above.

Dated at Milford, Connecticut this 8th day of March, 2010.


THE DEBTOR,


BY:  /s/ James M. Nugent
      James M. Nugent ct08822
      Harlow, Adams & Friedman
      300 Bic Drive
      Milford, CT 06461
      (203) 878-0661