## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In Re:** | ] | **Chapter 11 Proceeding** |
| | ] | |
| **Action Motors Corporation** | ] | **Case. No. 09-51891-AHWS** |
|     Debtor | ] | |
| | ] | |
| **GE Commercial Distribution Finance** | ] | |
| **Corporation** | ] | |
|       Movant | ] | |
| **vs.** | ] | |
| | ] | |
| **Action Motors Corporation** | ] | |
|     Respondent | ] | |

---

### AGREED ORDER GRANTING GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION RELIEF FROM THE AUTOMATIC STAY

---

This matter having come before the Court pursuant to the Motion for Relief from the Automatic Stay (the "Motion") filed by GE Commercial Distribution Finance Corporation ("CDF"). Based upon the entire record in this case, the Court finds that good cause exists for the entry of the following order.

It is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1.    CDF is hereby granted relief from the automatic stay provisions of 11 U.S.C. § 362, permitting CDF to exercise any and all of its state law and contractual rights and remedies with respect to the Floorplan Inventory (as defined in the Motion), including returning the Floorplan Inventory to the applicable manufacturers.

2.    The Debtor shall immediately cease use of and cooperate in the turn over of the Floorplan Inventory to CDF.

3.    The Debtor shall keep the Floorplan Inventory safe and insured pending such turn over.

4.      The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived and this Order shall be effective immediately.

IT IS SO ORDERED THIS 5th  DAY OF May, 2010.

Alan H. W. Shiff
**United States Bankruptcy Judge**

APPROVED AND AGREED TO BY:

*/s/  James M. Nugent*

_____

James M. Nugent
Harlow, Adams, and Friedman
300 Bic Drive
Milford, CT 06460
(203) 878-0661
Federal Bar No. ct08822

*Counsel for Action Motors Corporation*

and

*/s/  Keith K. Fuller*

_____

Keith K. Fuller, Esq.
LAW OFFICES of KEITH K. FULLER
141 Hazard Avenue
Enfield, CT 06082
(860) 749-4900 (phone)
(203) 413-1592 (e-fax)
kfuller@keithfullerlaw.com
Federal Bar No. ct20448

*Counsel for GE Commercial Distribution
Finance Corporation*

CHD-541431-1